

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00639-CV

Claudia Lynn **ALVAREZ**,
Appellant

v.

Juan Jose **ALVAREZ**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2007CI08882
Honorable Cathleen M. Stryker, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARION, AND JUSTICE BARNARD

In accordance with this court's memorandum opinion of this date, this appeal is DISMISSED AS MOOT.

SIGNED January 29, 2013.

_____
Karen Angelini, Justice